## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **KAREN RITTER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | **CASE NO. 4: 15-CV-00870** |
| **v.** | § | |
| | § | |
| **SUEBA USA CORPORATION D/B/A** | § | |
| **BROADSTONE VISTA RIDGE, and** | § | |
| **SOUTHHAMPTON MANAGEMENT.** | § | |
| **INC.,** | § | **JURY TRIAL REQUESTED** |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER DISMISSING CLAIMS WITH PREJUDICE

In light of the Parties' Stipulated Voluntary Dismissal with Prejudice filed jointly by Plaintiff Karen Ritter and Defendants Sueba USA Corporation D/B/A Broadstone Vista Ridge and Southhampton Management, Inc., the Court HEREBY DISMISSES all claims and counterclaims in this action with prejudice. Each party will bear all its own attorneys' fees and costs in this case.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

 **SIGNED this 13th day of October, 2016.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE